```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

KATRINA WARTHEN,             )
                             )
        Plaintiff,         )
                             )
    vs.                      )       No. 4:06-CV-0497 CEJ
                             )
JANSSEN PHARMACEUTICA, L.P., )
                             )
        Defendant.         )

## ORDER

On June 23, 2006, Judge Henry E. Autrey granted defendant Janssen, L.P.'s motion for scheduling and pretrial consolidation in this and several other cases pending in the Eastern District of Missouri.

Accordingly,

**IT IS HEREBY ORDERED** that the Rule 16 Scheduling Conference set for June 29, 2006 is **cancelled**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of June, 2006.